Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Charles Earl Lamp Jr.
\# 3546855
*Your full name*

**STATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

v.

Betsy Jividen et al, Shawn Straughn
Karen Pszczolkowski, James Gray,
Pam Moore, Dale Griffith,
Dr. Patel, Wexford Health Inc.
*Enter above the full name of defendant(s) in this action*

Civil Action No.: 5:21-cv-82
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Blalock

FILED
JUN - 1 2021
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## I. JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.   Your Name: Charles Earl Lamp Jr.

          Inmate No.: 3546855

          Address: 112 N.C.F. Drive Moundsville WV, 26041

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

    B.   Name of Defendant: Ms. Betsy Jividen

Position: WV DOC Commissioner

Place of Employment: West Virginia Division Of Corrections

Address: 1409 Greenbrier ST. Charleston WV 25301

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: She is legally responsible for the overall operation of the Department and each institution under its jurisdiction, including the Northern Correctional Facility.

B.1  Name of Defendant: Shawn Straughn

Position: Superintendent / Warden

Place of Employment: Northern Correctional Facility

Address: 112 N.C.F. Drive Moundsville WV 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: He is legally responsible for the operation of Northern Corr. Facility and for the welfare of all the inmates in that prison, their health, safty, and well being is his responsibility. Also defendant KAREN Pszczolkowski - (Assistant Warden). (Same as above)

B.2  Name of Defendant: James Gray

Position: Health Service Administrator

Place of Employment: Northern Correctional Facility

Address: 112 N.C.F. Drive Moundsville WV, 26041

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes    ☐ No

If your answer is "YES," briefly explain: He is over the Medical Unit at Northern Correctional Facility, its been stated by several officers, Mr. Gray has NO credentials in the medical feild, no licence, no degrees, no medical training. ? he even wears a white lab coat - All officers laugh at this.

B.3  Name of Defendant: Pam Moose

Position: Nurse Supervisor

Place of Employment: Northern Correctional Facility

Address: 112 NCF Drive Moundsville WV. 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes    ☐ No

If your answer is "YES," briefly explain: This Defendant "Acts" as the Physician, but she is the supervisor over the Nurses (we guess) the complaints on this defendant are endless, Sgt. Lowe states she needs investigated due to the poor treatment of inmates.

B.4  Name of Defendant: Dale Griffith

Position: Unit Manager

Place of Employment: Northern Correctional Facility

Address: 112 N.C.F Drive Moundsville WV. 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes    ☐ No

If your answer is "YES," briefly explain: This defendant is over the Segregation Unit, he is suppose to assist

Inmates daily lives, but he has more complaints [and] law suits filed on him by the day.

B.5  Name of Defendant: Dr. Patel, Wexford Inc.
Position: Physian / Health Care Provider
Place of Employment: Northern Correctional Facility
Address: 112 NCF Drive Moundsville WV 26041

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: This defendant is the "Physician", but in 7 months, with all the plaintiffs health issues, he has never met this doctor, the plaintiff has only seen Pam Moore.

## III. PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Northern Correctional Facility

A.  Is this where the events concerning your complaint took place?
    ☒ Yes   ☐ No

    If you answered "NO," where did the events occur?

B.  Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

C.  Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

D.  If your answer is "NO," explain why not

Attachment A

---
---

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. <u>**ATTACH GRIEVANCES AND RESPONSES**</u>:

LEVEL 1 20-NCC-C2-1214AB, 205AB, 206AB, 207AB, 231AB, 219AB,

LEVEL 2 The plaintiff would like to assert, if he did not have

LEVEL 3 these exhausted grievances, he feels nobody would believe the responses, (Extremly Disturbing)

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

　　1. Parties to this previous lawsuit:

　　　　Plaintiff(s):_____

　　　　Defendant(s):_____

　　2. Court:_____
　　　　*(If federal court, name the district; if state court, name the county)*

　　3. Case Number:_____

　　4. Basic Claim Made/Issues Raised:_____
　　　　_____

　　5. Name of Judge(s) to whom case was assigned:_____

Attachment A

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit:_____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☐ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

   _____
   _____
   _____

E. Did you exhaust available administrative remedies?   ☐ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

   _____
   _____
   _____

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

Attachment A

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number:

   _____

   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** (LR PL 3.4.4)*

CLAIM 1: Plaintiff claims Gross Negligence, by the Defendants,

_____

_____

Supporting Facts: The Defendants Ignored All records, All Medical Request Forms, All Grievance procedures to address the severe pain, suffering the plaintiff was forced to endure, from November 2020 until May 2021, the plaintiff suffered horrible pain, And these defendants ignored him, until he filed A Notice to File A Claim, then they Acted.

---

United States District Court        13        Northern District of West Virginia-2013

CLAIM 2: <u>Deliberate Indifference to Serious Medical Needs</u>

Supporting Facts: <u>Plaintiff advised the Medical Unit upon his arrival at Northern Correctional Facility he suffered from Chronic Migraine Headaches, he was prescribed Imitrex at MT. Olive Correctional Complex, it took 23 days for these Defendants to order my medication (23 days!), of horrible suffering.</u>

CLAIM 3: <u>Deliberate Indifference to Serious Medical Needs, Plaintiff advised the Defendants he had (2) back teeth, bleeding, swollen, extremely painful,</u>

Supporting Facts: <u>The plaintiff suffered (6) months! eye swollen shut, face swollen, bleeding, the most horrible pain one can imagine, 6 months and a notice to file law suit before something was done, plaintiff has every document to confirm this.</u>

CLAIM 4: <u>Deliberate Indifference to Serious Medical Needs</u>

Supporting Facts: <u>The plaintiff advised the Defendants he has Degenerative Joint Disease in his left shoulder, left knee, the defendants knew of the Injections he's required to have, but ignored this 6 months until plaintiff filed a notice to sue, both shoulder/knee were treated immediately after.</u>

CLAIM 5: <u>Plaintiff has all medical records to confirm his case, some will be sent with this complaint.</u>

Supporting Facts: _____

VI. <u>INJURY</u>

Attachment A

Describe **BRIEFLY** and **SPECIFICALLY** how you have been injured and the exact nature of your damages.

The plaintiff laid from November 2020 to May 2021 in the most excruciating pain, 4 months of that in segregation where medical help does not exsist. And the plaintiff needs compensated, the only reason he received help was the day he filed a Notice to File Claim. Paperwork/records do not fabricate.

VII. **RELIEF**

State **BRIEFLY** and **EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Award the plaintiff $6,000.00 per Defendant = $48,000.00
Order A Investigation on Medical Dept (Defendents)
Hold Defendants Accountable
Order better care/treatment of inmates (Federally Monitor)
Investigate James Gray- And terminate his employment if he is not a qualified medical expert.

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Northern Correctional Facility on May 19, 2021.
(Location)                                                   (Date)

Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Charles E. Lamp Jr.
_____

*Your full name*

v.                                                Civil Action No.: 5-21-cv-82

Betsy Jivikew et al
_____

_____

_____

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Charles E. Lamp Jr. (your name here), appearing *pro se*, hereby certify that I have served the foregoing 1983 Civil Action Complaint (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on May 19, 2021 (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)